# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

No. 14-1444
(1:11-cv-03597-GLR)

SUSAN ENGLER
    Plaintiff - Appellant

and

JACQUELINE HAMRICK; ANTOANNA ROMANIUK
    Plaintiffs

v.                                                                                  May 14, 2014

HARRIS CORPORATION
    Defendant - Appellee

and

HARRIS COMMUNICATIONS DIVISION (HARRIS RFCD)
    Defendant

### APPELLANT ENGLER'S MOTION FOR AN EXTENSION OF TIME TO JULY 31, 2014, TO FILE OPENING BRIEF AND JOINT APPENDIX

Appellant Susan Engler, through undersigned counsel, respectfully requests that this Court grant a forty-five (45) day extension of time, up to and including July 31, 2014, within which to file her opening brief and the parties' joint appendix. The grounds for this request are as follows:

1. The brief and joint appendix are now due June 16, 2014. Briefing Order - Civil (May 6, 2014).

2. The law firm representing Appellant now employs three attorneys, each of whom has an extremely busy schedule during the next month. Moreover, the attorney who has assumed lead drafting responsibility throughout the litigation requires surgery in the near future, which will have her out of the office and unable to participate in the matter for an additional several weeks.

3. Opposing counsel has indicated that Appellee does not consent to the request.

4. The undersigned respectfully submit that good cause exists to warrant an extension of time.

**WHEREFORE**, Appellant Susan Engler respectfully requests an extension of time, up to and including July 31, 2014, within which to file her opening brief and the parties' joint appendix.

Respectfully submitted,

May 14, 2014                    **KLIMASKI & ASSOCIATES, P.C.**

  _/s/ James R. Klimaski_
James R. Klimaski (Md. Federal #02813)

  _/s/ John P. Racin_
John P. Racin (Md. Federal #02688)

Lynn I. Miller (Md. Federal # 05371)
Klimaski & Associates, P.C.
1625 Massachusetts Avenue NW
Suite 500
Washington, DC  20036-2245
202-296-5600      Fax 202-296-5601
Klimaski@Klimaskilaw.com
Racin@Klimaskilaw.com
Miller@Klimaskilaw.com

*Counsel for Susan Engler*

---

### Certificate of Service

I certify that the foregoing *Appellant Engler's Motion for an Extension of Time to July 31, 2014, to File Opening Brief and Joint Appendix* will be served to the following Counsel for Appellee on May 14, 2014, via CM/ECF electronic notice from the Court's website once this item is properly filed electronically:

Lynn Calkins, #12121
Holland & Knight LLP
800 17th Street NW – Suite 1100
Washington DC  20006
Phone 202.457.7041, 202.955.3000
Fax 202.955.5564
lynn.calkins@hklaw.com

　　　　　　　　　　　　　　　　　 */s/  James R. Klimaski*
　　　　　　　　　　　　　　　　　James R. Klimaski
　　　　　　　　　　　　　　　　　Klimaski and Associates, PC