FILED: May 15, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1444

(1:11-cv-03597-GLR)

_____

SUSAN ENGLER

  Plaintiff - Appellant

 and

JACQUELINE HAMRICK; ANTOANNA ROMANIUK

  Plaintiffs

v.

HARRIS CORPORATION

  Defendant - Appellee

 and

HARRIS RF COMMUNICATIONS DIVISION (HARRIS RFCD)

  Defendant

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Appendix due: 07/16/2014

Opening brief due: 07/16/2014

Response brief due: 08/18/2014

Any reply brief: 14 days from service of response brief.

                                                  For the Court--By Direction

                                                  /s/ Patricia S. Connor, Clerk