**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501, Richmond, Virginia 23219

May 21, 2014

_____

DOCKET CORRECTION NOTICE
_____

No. 14-1444,    <u>Susan Engler v. Harris Corporation</u>
              1:11-cv-03597-GLR

TO:    John P. Racin

FILING CORRECTION DUE:  May 28, 2014

Please make the correction identified below and file a corrected document by the date indicated.

_____

[ x ] The court will enter an appearance only for counsel who have registered for electronic filing. Please register at **www.ca4.uscourts.gov** and refile document.


Donna Lett, Deputy Clerk
804-916-2704