# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

---

No. 14-1444
(1:11-cv-03597-GLR)

---

SUSAN ENGLER
   Plaintiff - Appellant

and

JACQUELINE HAMRICK; ANTOANNA ROMANIUK
   Plaintiffs

v.                        July 7, 2014

HARRIS CORPORATION
   Defendant - Appellee

and

HARRIS COMMUNICATIONS DIVISION (HARRIS RFCD)
   Defendant

### APPELLANT'S MOTION FOR AN ADDITIONAL EXTENSION OF TIME TO AUGUST 15, 2014, TO FILE THE OPENING BRIEF AND JOINT APPENDIX

  Appellant Susan Engler, through undersigned counsel, respectfully requests that this Court grant an additional thirty (30) day extension of time, up to and including August 15, 2014, within which to file her opening brief and the parties' joint appendix. The grounds for this request are as follows:

  1. The brief and joint appendix are now due July 16, 2014.

2. The attorney who assumed primary drafting responsibility throughout the litigation below is unavailable for the appellate proceedings. The attorney with lead drafting responsibility here did not participate in the summary judgment litigation, and requires additional time to digest the extensive documentary record developed below, as he meets the demands of a very busy schedule otherwise during July and August. Moreover, the submissions on summary judgment were filed under seal, so Appellant must arrange to file what promises to be a fairly lengthy joint appendix under seal as well.

3. Counsel for Appellee has indicated opposition to the request.

4. The undersigned respectfully submit that good cause exists to warrant the additional extension of time requested.

**WHEREFORE**, Appellant Susan Engler respectfully requests an extension of time, up to and including August 15, 2014, within which to file her opening brief and the parties' joint appendix.

Respectfully submitted,

July 7, 2014                **KLIMASKI & ASSOCIATES, P.C.**

　_/s/  James R. Klimaski_
James R. Klimaski (Md. Federal #02813)

　_/s/  John P. Racin_
John P. Racin (Md. Federal #02688)

-2-

>Lynn I. Miller (Md. Federal # 05371)
>Klimaski & Associates, P.C.
>1625 Massachusetts Avenue NW
>Suite 500
>Washington, DC  20036-2245
>202-296-5600     Fax 202-296-5601
>Klimaski@Klimaskilaw.com
>Racin@Klimaskilaw.com
>Miller@Klimaskilaw.com
>
>*Counsel for Susan Engler*

---

### Certificate of Service

I certify that the foregoing ***Appellant's Motion for an Additional Extension of Time to August 15, 2014, to File the Opening Brief and Joint Appendix*** will be served to the following Counsel for Appellee on July 7, 2014, via CM/ECF electronic notice from the Court's website once this item is properly filed electronically:

>Lynn Calkins, #12121
>Holland & Knight LLP
>800 17th Street NW – Suite 1100
>Washington DC  20006
>Phone 202.457.7041, 202.955.3000
>Fax 202.955.5564
>lynn.calkins@hklaw.com

>　/s/  *James R. Klimaski*
>James R. Klimaski
>Klimaski and Associates, PC

-3-