UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

July 14, 2014

_____

No. 14-1444
(1:11-cv-03597-GLR)

_____

SUSAN ENGLER,

    Appellant,

v.

HARRIS CORPORATION,

    Appellee

_____

**CONSENT MOTION TO FILE CD AS PART OF JOINT APPENDIX**
_____

    Pursuant to Federal Rule of Appellate Procedure 11(b)(2) and Local Rule 11(c), Appellee Harris Corporation ("Harris") seeks to include in the Joint Appendix Exhibit 5(A) to Harris' Motion for Summary Judgment, a physical exhibit that was included in the district court record. (Dkt. No. 92). Appellant Susan Engler consents to the relief sought by this Motion.

    The two documents contained on the CD are not readily able to be printed and published in a usable paper version of the Joint Appendix. The documents in their original format as prepared and maintained in the ordinary course of business constitute electronic Excel spreadsheets. The documents contain many rows and columns and are interspersed with embedded data that require a user to place the cursor over the embedded data and allow a pop-up with the pertinent text to appear. The text which appears is relevant to Harris' Motion for Summary Judgment and was cited to and by the district court.

    The first file on the CD is an Excel spreadsheet, known as a Banding Analysis, which

organized Harris employees according to job function. The Banding Analysis Excel file contains 1956 rows and 61 columns with interspersed embedded data. The Banding Analysis set forth the name of each potential employee-candidate for the reduction in force, as well as the employee's title, length of service with the Harris, job performance score, and various other scores such as skill criticality and versatility, technical and professional knowledge, and leadership skills. A confidential section of the Banding Analysis contained certain demographic information for the purpose of assessing adverse impact on any protected groups. Management and human resources personnel had the opportunity to input information in an embedded "comments" section that they deemed appropriate to the decision-making process. These comments are only viewable by placing the cursor over the embedded data and allowing a pop-up with the text to appear.

The second file on the CD is also an Excel spreadsheet. This spreadsheet includes the statistical analysis performed by Harris to confirm the absence of adverse impact on a protected class in the selection process. This was known as the Adverse Impact Analysis, and the file contains 47 unique spreadsheets by job function, each containing 47 rows and 15 columns.

In light of the extremely large size of the spreadsheets, because of the multiple rows, columns and embedded data, the files would be rendered illegible if printed or electronically filed. Thus the parties request that the Court allow the filing of the CD with the Joint Appendix.

                      Respectfully submitted,

                      HOLLAND & KNIGHT LLP

                      __/s/ Lynn E. Calkins_____
Lynn E. Calkins
800 17th Street, N.W., Suite 1100
Washington, D.C. 20006
Telephone: (202) 955-3000
Facsimile: (202) 955-5564
E-mail: lynn.calkins@hklaw.com
*Counsel for Harris Corporation*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 14th day of July, 2014, I served the foregoing via CM/ECF upon:

>James R. Klimaski
>Klimaski@Klimaskilaw.com
>Lynn I. Miller
>Miller@Klimaskilaw.com
>John P. Racin
>Racin@Klimaskilaw.com
>KLIMASKI & ASSOCIATES, P.C.
>1625 Massachusetts Avenue, N.W., Suite 500
>Washington, DC 20036-2245
>*Counsel for Appellant Susan Engler*

>HOLLAND & KNIGHT LLP
>
>  /s/  **Lynn E. Calkins**
>Lynn E. Calkins
>800 17th Street, N.W., Suite 1100
>Washington, D.C. 20006
>Telephone: (202) 955-3000
>Facsimile: (202) 955-5564
>E-mail: lynn.calkins@hklaw.com
>
>*Counsel for Harris Corporation*