UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———

No. 14-1444
(1:11-cv-03597-GLR)

———

SUSAN ENGLER
      Plaintiff - Appellant

and

JACQUELINE HAMRICK; ANTOANNA ROMANIUK
      Plaintiffs

v.                                                                                             August 12, 2014

HARRIS CORPORATION
      Defendant - Appellee

and

HARRIS COMMUNICATIONS DIVISION (HARRIS RFCD)
      Defendant

**APPELLANT'S MOTION FOR AN ADDITIONAL
EXTENSION OF TIME TO AUGUST 22, 2014, TO FILE
THE OPENING BRIEF AND JOINT APPENDIX**

      Appellant Susan Engler, through undersigned counsel, respectfully requests that this Court grant an additional week, up to and including August 22, 2014, within which to file her opening brief and the parties' joint appendix. The grounds for this request are as follows:

      1. The brief and joint appendix are now due August 15, 2014.

2. The parties have agreed on the contents of a joint appendix, which Appellant has prepared for filing under seal (virtually all documentary material was filed under seal below).

3. The attorney with primary drafting responsibility throughout the litigation below was able to resume the briefing assignment here when a surgery planned during the summer was deferred indefinitely on account of her general weakened condition (she is a heart transplant recipient of 25 years). However, it has become apparent that the effort over the past several weeks has overtaxed her reserves. She was unable to come to work on Tuesday, August 12th, and her coming availability is uncertain. Her colleagues will have to take over and complete the assignment.

4. Counsel for Appellee is out of the office this week and not yet responded to an electronic mail request for her client's position, or to a message left by telephone with staff in counsel's office.

5. The undersigned respectfully submit the unusual circumstances constitute good cause warranting the brief additional extension of time requested.

**WHEREFORE**, Appellant Susan Engler respectfully requests an extension of time, up to and including August 22, 2014, within which to file her opening brief and the parties' joint appendix.

|  |  |
|---|---|
| | Respectfully submitted, |
| August 12, 2014 | **KLIMASKI & ASSOCIATES, P.C.** |

  */s/ James R. Klimaski*
James R. Klimaski (Md. Federal #02813)

  */s/ John P. Racin*
John P. Racin (Md. Federal #02688)

Lynn I. Miller (Md. Federal # 05371)
Klimaski & Associates, P.C.
1625 Massachusetts Avenue NW
Suite 500
Washington, DC  20036-2245
202-296-5600     Fax 202-296-5601
Klimaski@Klimaskilaw.com
Racin@Klimaskilaw.com
Miller@Klimaskilaw.com

*Counsel for Susan Engler*

---

### Certificate of Service

I certify that the foregoing *Appellant's Motion for an Additional Extension of Time to August 22, 2014, to File the Opening Brief and Joint Appendix* will be served to the following Counsel for Appellee on August 12, 2014, via CM/ECF electronic notice from the Court's website once this item is properly filed electronically:

    Lynn Calkins, #12121
    Holland & Knight LLP

800 17th Street NW – Suite 1100
Washington DC  20006
Phone 202.457.7041, 202.955.3000
Fax 202.955.5564
lynn.calkins@hklaw.com

    */s/  **James R. Klimaski***
James R. Klimaski
Klimaski and Associates, PC